The following constitutes
the order of the court. Signed July 02, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, FA
F.040-1649

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>BERTHA ESTRADA,<br><br>Debtor.<br><br>_____ | Bk. No. 10-54389<br><br>CHAPTER 7<br><br>R.S. No. DRP – 778<br><br>ORDER FOR RELIEF FROM<br><u>AUTOMATIC STAY</u><br><br>Hearing-<br>Date : June 23, 2010<br>Time : 10:30: a.m.<br>Place : U.S. Bankruptcy Court<br>        280 South First Street<br>        San Jose, California<br>        Courtroom 3099 |

       The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on June 23, 2010 at 10:30: a.m., before the Honorable Roger L. Efremsky. Appearances are as set forth in the Court's docket.

       The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **1006 Fitzgerald Street, Salinas, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof. |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **1006 Fitzgerald Street, Salinas, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

\*\* END OF ORDER\*\*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Bertha Estrada |
| | 1006 Fitzgerald Street |
| 3 | Salinas, CA 93906 |
| | Debtor |
| 4 | |
| 5 | Jason Vogelpohl, Esquire |
| | Central Coast Bankruptcy |
| 6 | 154 Central Avenue |
| | Salinas, CA 93901 |
| 7 | Attorney for Debtor |
| 8 | Audrey Barris |
| | P.O. Box 573 |
| 9 | Pebble Beach, CA 93953 |
| 10 | Chapter 7 Trustee |
| 11 | U.S. Trustee |
| | U.S. Federal Building |
| 12 | 280 South First Street #268 |
| | San Jose, CA 95113-3004 |
| 13 | |
| 14 | Prober & Raphael, A Law Corporation |
| | 20750 Ventura Boulevard, Suite 100 |
| 15 | Woodland Hills, California 91364 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |